```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

MARK KOCSIS,                         )
                                     )    Civil Action No. 05-1096
           Petitioner,               )
                                     )    Judge Joy Flowers Conti
      vs.                            )    Magistrate Judge Lisa Lenihan
                                     )
COMMONWEALTH OF PENNSYLVANIA,        )
                                     )
           Respondent.                )

## MEMORANDUM ORDER

The above captioned Petition was received by the Clerk of Court on June 3, 2005, and was referred to United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The magistrate judge's Report and Recommendation (Doc. No. 8), filed on March 7, 2006, recommended that the Petition for Writ of Habeas Corpus be dismissed as raising issues not cognizable in habeas corpus proceedings.  Service was made on Petitioner and on counsel of record for Respondents.  The parties were informed that in accordance with Magistrates Act, 28 U.S.C. § 636(b)(1)(B) and (C), and Rule 72.1.4(B) of the Local Rules for Magistrates, that they had ten (10) days to file any objections.  No objections have been filed.

After review of the pleadings and the documents in the case, together with the report and recommendation, the following order is entered:

**AND NOW**, this 31st day of March, 2006;

**IT IS HEREBY ORDERED** that the Petition for Writ of Habeas Corpus is **DENIED**.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

**IT IS FURTHER ORDERED** that the Report and Recommendation (Doc. No. 8) of Magistrate Judge Lenihan, dated March 7, 2006, is adopted as the opinion of the Court.

                                            /s/ Joy Flowers Conti
                                            Joy Flowers Conti
                                            United States District Judge

cc:   The Honorable Lisa Pupo Lenihan
      United States Magistrate Judge

      Mark Kocsis, FT 0530
      SCI Albion
      10745 Route 18
      Albion, PA 16475-0004

      Judith P. Petrush
      Assistant District Attorney
      2 North Main Street
      Greensburg, PA 15601